1  SEDGWICK LLP
   STEVEN D. ROLAND  Bar No. 108097
2  steven.roland@sedgwicklaw.com
   333 Bush Street, 30th Floor
3  San Francisco, CA  94133
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Plaintiff
   LAKE LUCIANA, LLC, a California Limited Liability
6  Company

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 LAKE LUCIANA, LLC, a California Limited     Case No. CV-09-4131 JSW
   Liability Company,
12                                             **JOINT STIPULATION FOR DISMISSAL
                   Plaintiff,                  AND ORDER THEREON**
13
        v.
14
   COUNTY OF NAPA; NAPA COUNTY
15 BOARD OF SUPERVISORS; BRAD
   WAGENKNECHT, individually and in his
16 official capacity; DIANE DILLON,
   individually and in her official capacity;
17 MARK LUCE, in his official capacity; BILL
   DODD, in his official capacity; KEITH
18 CALDWLL, in his official capacity; and DOES
   1 through 50 inclusive,
19
                   Defendants.
20

22      COME NOW Plaintiff LAKE LUCIANA, LLC, a California Limited Liability Company,

23 on the one hand, and COUNTY OF NAPA; NAPA COUNTY BOARD OF SUPERVISORS;

24 BRAD WAGENKNECHT; individually and in his official capacity; DIANE DILLON,

25 individually and in her official capacity; MARK LUCE, in his official capacity; BILL DODD, in

26 his official capacity; and KEITH CALDWELL, in his official capacity, on the other hand

27 (collectively "the Parties"), and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

SF/2755760v1

JOINT STIPULATION FOR DISMISSAL

Procedure, jointly stipulate to dismiss this case in its entirety with prejudice. In support of their Joint Stipulation of Dismissal, the Parties show as follows:

1. That the parties have reached agreement for complete dismissal; and
2. That each party agrees to bear its own costs and attorney's fees

Wherefore, the Parties stipulate that this case be dismissed with prejudice.

Jointly stipulated this 15th day of June, 2012.

SEDGWICK LLP

By: /s/ *[signature]*
Steven D. Roland
Attorney for Plaintiff
LAKE LUCIANA, LLC, a California Limited
Liability Company

SHUTE, MIHALY & WEINBERGER LLP

By: *[signature]*
Robert S. Perlmutter
Attorney for Defendants
COUNTY OF NAPA, COUNTY OF NAPA;
NAPA COUNTY BOARD OF SUPERVISORS;
BRAD WAGENKNECHT, individually and in his official capacity; DIANE DILLON, individually and in her official capacity; MARK LUCE, in his official capacity; BILL DODD, in his official capacity; KEITH CALDWLL, in his official capacity

## ORDER

Pursuant to the Joint Stipulation between the parties, the Court hereby ORDERS that the entire matter shall be and hereby is dismissed with prejudice, and that each party shall and does bear its own costs and attorneys fees.

IT IS SO ORDERED.

DATED: June 18, 2012

*[signature]*
Honorable Jeffrey S. White