SEDGWICK LLP
STEVEN D. ROLAND  Bar No. 108097
steven.roland@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94133
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
LAKE LUCIANA, LLC, a California Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKE LUCIANA, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA; NAPA COUNTY BOARD OF SUPERVISORS; BRAD WAGENKNECHT, individually and in his official capacity; DIANE DILLON, individually and in her official capacity; MARK LUCE, in his official capacity; BILL DODD, in his official capacity; KEITH CALDWLL, in his official capacity; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. CV-09-4131 JSW<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |

COME NOW Plaintiff LAKE LUCIANA, LLC, a California Limited Liability Company, on the one hand, and COUNTY OF NAPA; NAPA COUNTY BOARD OF SUPERVISORS; BRAD WAGENKNECHT; individually and in his official capacity; DIANE DILLON, individually and in her official capacity; MARK LUCE, in his official capacity; BILL DODD, in his official capacity; and KEITH CALDWELL, in his official capacity, on the other hand (collectively "the Parties"), and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

SF/2755760v1

Procedure, jointly stipulate to dismiss this case in its entirety with prejudice. In support of their Joint Stipulation of Dismissal, the Parties show as follows:

1. That the parties have reached agreement for complete dismissal; and
2. That each party agrees to bear its own costs and attorney's fees

Wherefore, the Parties stipulate that this case be dismissed with prejudice.

Jointly stipulated this 15th day of June, 2012.

SEDGWICK LLP

By: /s/ _____
Steven D. Roland
Attorney for Plaintiff
LAKE LUCIANA, LLC, a California Limited Liability Company

SHUTE, MIHALY & WEINBERGER LLP

By: _____
Robert S. Perlmutter
Attorney for Defendants
COUNTY OF NAPA, COUNTY OF NAPA; NAPA COUNTY BOARD OF SUPERVISORS; BRAD WAGENKNECHT, individually and in his official capacity; DIANE DILLON, individually and in her official capacity; MARK LUCE, in his official capacity; BILL DODD, in his official capacity; KEITH CALDWLL, in his official capacity

## ORDER

Pursuant to the Joint Stipulation between the parties, the Court hereby ORDERS that the entire matter shall be and hereby is dismissed with prejudice, and that each party shall and does bear its own costs and attorneys fees.

IT IS SO ORDERED.

DATED: June 18, 2012

_____
Honorable Jeffrey S. White